ORIGINAL



FILED-USDC-NDTX-DA
'24 APR 16 PM4:14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| BENJAMIN MARTINEZ | 3-24CR-148-L |

### INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about May 20, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Benjamin Martinez**, knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Ruger, Model EC9s, 9mm caliber pistol, bearing serial number 457-54361.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Benjamin**

**Martinez**, shall forfeit to the United States of America any firearm and ammunition

involved or used in the commission of the offense.

This property includes, but is not limited to, the following:

1. a Ruger, Model EC9s, 9mm caliber pistol, bearing serial number 457-54361, and any ammunition recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:  214-659-8617
Fax:  214-659-8805
Email: John.Boyle2@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BENJAMIN MARTINEZ

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of a Firearm by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

-------------------------------------------------------------------------------------------

DALLAS                                                                        FOREPERSON

Filed in open court this _16th_ day of April, 2024.

-------------------------------------------------------------------------------------------

**Warrant to be Issued – On State Bond**

-------------------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending